UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN ANTHONY DOYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CV420-254 |
| | ) |
| AMANDA KELLEY, PATRICK DOHERTY, and COREY STEVENS, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff John Anthony Doyle submitted a 42 U.S.C. § 1983 Complaint in October 2020 when he was a prisoner at the Chatham County Detention Center. Doc. 1. District Judge Dudley Bowen[1] screened his Complaint pursuant to 28 U.S.C. § 1915A and approved it for service. Doc. 7 at 5. The Clerk entered a Scheduling Notice setting discovery and motions deadlines. Doc. 16. Plaintiff subsequently filed a notice indicating that his address changed from the Chatham County Detention Center to 5469 Gate Road, Tamarac, FL 33319. Doc. 17.

---

[1] The case has since been reassigned to Chief Judge Hall. *See* doc. 8 at 6.

1

Defendants filed a Motion to Compel Discovery explaining that they served their interrogatories and requests for production on Plaintiff at both his prior and updated addresses; he has not responded, and his deadline to do so has run. Doc. 18 at 2-3. They also note that Plaintiff has not responded to their deficiency letter pursuant to Fed. R. Civ. P. 37, and that he "has not served any discovery requests of his own or corresponded with Defendants in any way, except for the Notice of Change of Address, which Defendants received via the Court's CM/ECF electronic notification system." *Id.* at 3. Plaintiff has not opposed Defendants' Motion to Compel Discovery, and his deadline to do so has run. *See generally* docket; S.D. Ga. L. Civ. R. 7.5 ("Failure to respond within [14 days] shall indicate that there is no opposition to a motion.").[2]

Given Plaintiff's failure to respond to Defendants' discovery requests and Motion to Compel Discovery, he is **DIRECTED** to **SHOW CAUSE** no later than December 1, 2022 why this entire case should not be dismissed for his failure to prosecute with reasonable promptness. Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-

---

[2] Defendants also filed a Motion to Stay and Extend the Discovery Deadline, doc. 19, which asks the Court to stay discovery pending disposition of their Motion to Compel, doc. 18. Doc. 19 at 2. Plaintiff's deadline to respond to that motion has not yet run. *See generally* docket; S.D. Ga. L. Civ. R. 7.5.

2

31 (1962) (recognizing courts' power "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief.").

**SO ORDERED**, this 17th day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA