UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN ANTHONY DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV420-254 |
| | ) | |
| AMANDA KELLEY, PATRICK DOHERTY, and COREY STEVENS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 22), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and Plaintiff's Complaint is **DISMISSED**. All pending motions are **DISMISSED AS MOOT**. (Docs. no. 18, 19 & 21.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA